UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT WEST VIRGINIA



THOMAS DAVID DEEGAN

Plaintiff

Vs.

STATE OF WEST VIRGINIA ET AL

Defendant

Case # 2:15-CV-13638

Federal Writ of Habeas Corpus @ Title 28 USC, Part VI,
Chapter 153 SS 2241-2256 **COMPLAINT**

1. Thomas David Deegan was arrested on/or about 9/23/2015

2. Thomas David Deegan was thrown into state prison on/or about 09/24/2015

3. Writ of Habeas Corpus was served on/or about 09/25/2015 to warden of North Central Regional Jail (Exhibit A)

4. Thomas David Deegan has not been taken before a state court judge

5. To date, Thomas David Deegan is being held in limbo at North Central Regional Jail, in Greenwood, West Virginia.

6. No meaningful hearing before a Court of Record has occurred prior to incarceration.

7. No explanation of the Nature of the action has been explained to petitioner prior to incarceration.

8. No explanation of the Cause of Action has been explained to petitioner prior to incarceration.

9. No assistance of Counsel was afforded petitioner.

10. Subject Matter Jurisdiction was not established prior to incarceration.

11. Petitioner demands immediate implementation of this Writ.

12. All findings of fact and conclusions of law regarding this Writ shall be in writing.

13. Thomas David Deegan has no other remedy or redress of grievance except through a Federal Writ of Habeas Corpus.

14. Thomas David Deegan has to follow through procedure of filing the state Writ of Habeas Corpus and Federal Writ of Habeas Corpus prior to invoking the Provost Marshal.

15. Thomas David Deegan has no other recourse except under the Expatriation Act of 1868, as he has rights in foreign territory's, and will be petitioning the President of the United States through the Provost Marshal, to invoke the U.S. Military to adjudicate the above stated issues. (Exhibit C)

16. Dana Miller originally served the state Writ of Habeas Corpus at the North Central Regional jail in Greenwood, West Virginia to warden.

17. Thomas David Deegan is protected by the amendments of the U.S. Constitution against the actions of West Virginia and their officials.

18. Thomas David Deegan is protected by their oaths of office of the West Virginia officials.

19. Thomas David Deegan's civil rights are being violated, by the action(s) of West Virginia officials as it relates to the state and federal constitutions.

20. Thomas David Deegan's civil rights are being violated under 42 USC 1983, 42 USC 1985, 42 USC 1986, 42 USC 1987.

21. Thomas David Deegan's rights are being violated in foreign territories (West Virginia) by their officials, thus violating the Expatriation Act of 1868 (exhibit C).

THOMAS DAVID DEEGAN

Date: 10/02/2015     BY: /s/ Dana J Miller