UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
OCT - 9 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

THOMAS DAVID DEEGAN
Plaintiff

Vs.                                                                                       Case No. 2:15-CV-13638

STATE OF WEST VIRGINIA ET AL
Defendant

AMENDED COMPLAINT
(18 USC SECTIONS 1501- ASSAULT ON PROCESS; PUBLIC LAW: 114-38)
CRIMINAL COMPLAINT AFFIDAVIT
OBSTRUCTION OF LAWFUL FEDERAL PROCESS OF SERVICE AND
PERSONAL BODILY ASSAULT OF PROCESS SERVER

This document is drafted today, the very same day of the above stated federal violations and assault; those consisting / comprising of:

- **Obstruction of a "Lawful" federal process of service**
- **Personal Bodily Assault on Process Server**

On this eighth day of October, 2015, for the purpose of reporting a criminal as well as federal violation against the STATE OF WEST VIRGINIA , WOOD COUNTY JUSTICE CENTER officials and WOOD COUNTY MAGISTRATE ROBIN WATERS.

I, Alicia Lutz –Rolow and I, Leonard Frank Harview, do both solemnly swear to the following true fact statements:

1. At Approximately 1:35 pm, Alicia Lutz –Rolow and Leonard Frank Harview arrived at the Wood County justice Center building.

2.) Alicia Lutz –Rolow and Leonard Frank Harview proceeded to the reception desk where a security deputy sheriff (R.V. White), was manning the security area.

3.) Deputy R.V. White asked us what we were there for.

4.) Leonard Frank Harview told Deputy R.V. White that we were there to see Robin Waters.

5.) Deputy R.V. White asked Leonard Frank Harview for what purpose we needed to see Robin Waters.

6.) Leonard Frank Harview specified "we were here to serve a federal summons and complaint to Magistrate Robin Waters.

7.) Deputy R.V. White directed Alicia Lutz –Rolow and Leonard Frank Harview , in a hostile manner, to the Magistrate Window.

8.) Alicia Lutz –Rolow and Leonard Frank Harview proceeded to the Magistrate Window and were greeted by a clerk named Rachel Ferguson.

9.) Leonard Frank Harview specified to Ms. Ferguson that we were there to serve summons to Magistrate Waters.

10.) Ms. Ferguson immediately made a call.

11.) Ms. Ferguson then informed   Alicia Lutz –Rolow and Leonard Frank Harview  that Magistrate Waters was not available.

12.) Leonard Frank Harview asked Ms. Ferguson when Magistrate waters would be available.

13.) Ms. Ferguson replied to Leonard Frank Harview that she did not know when Magistrate Waters would be available.

14.) Approximately 1:45 pm, Leonard Frank Harview asked Ms. Ferguson if Magistrate Waters was in court session.

15.) Ms. Ferguson replied "yes".

16.) Leonard Frank Harview then asked Ms. Ferguson if Magistrate Waters would be available for service of summons between her court sessions.

17). Ms. Ferguson replied "No".

18.) Approximately 1:47 pm, Leonard Frank Harview informed Ms. Ferguson that  she may be in violation with interfering with process serving.

19.) Ms Ferguson replied "I am not interfering with process serving."

20.) Approximately 1:50 pm, Leonard Frank Harview then approached Deputy R.V. White and asked him if he could pass through security to proceed to suite 12 (Magistrate Robin Waters Office).

21.) Deputy R.V. White belligerently SCREAMED "NO"!

22.) Leonard Frank Harview then asked Deputy R.V. White "Are you refusing to allow me to enter to serve this summons"?

23.) Deputy R.V. White SCREAMED "YES"!

24.) Leonard Frank Harview informed Deputy R.V. White that he was interfering with Lawful Process Serving of a federal summons.

25.) Deputy R.V. White SCREAMED "I DON'T CARE".

26.) Leonard Frank Harview informed Deputy R.V. White that would file a complaint against him for interfering with lawful process serving.

27.) Deputy R.V. White SCREAM "YEAH...OKAY"!

28.) Leonard Frank Harview returned to the seat where he was waiting earlier.

29.) At Approximately 1:52 pm. Alicia Lutz-Rolow approached Deputy R.V. White, and asked for his name and badge number.

30.) Deputy R.V. White then SCREAMED his name to her "ROBERT WHITE, AND I DON'T HAVE A DAMN BADGE NUMER"!

31.) Alicia Lutz-Rolow was writing Deputy R.V. White's name down on a piece of paper while noticing that he did not have a badge number on his badge.

32.) Deputy R.V. White then became enraged as he watched me write his name down and SCREAMED "WHAT'S YOUR NAME? I NEED TO SEE SOME ID"!

33.) Alicia Lutz-Rolow then replied to Deputy R.V. White. "My name is Alicia".

34.) Deputy R.V. White turned to Leonard Frank Harview and SCREAMED "I WANT TO SEE SOME ID NOW"!

35.) Leonard Frank Harview complied and produced his Driver's License ID.

36.) Deputy R.V. White SCREAMED "THIS IS NOT A LICENSE FOR A PROCESS SERVER, AND YOU ARE TO LEAVE RIGHT NOW, AND YOU ARE TO LEAVE RIGHT NOW"!

37.) Leonard Frank Harview replied "Why"?

38.) Leonard Frank Harview returned to the area where he was sitting earlier to retrieve his paperwork and proceeded to begin walking out the front door.

39.) Leonard Frank Harview exited the building and was holding the door open for Alicia Lutz-Rolow when he witnessed Deputy R.V. White rushing towards her very aggressively and quickly, in order to reach he,r as she was almost out the door.

40.) Deputy R.V. White pushed Alicia Lutz-Rolow on her back as she was exiting out the door.

Date: 10-09-15    BY/s/ _[signature: THOMAS DAVID DEEGAN w/o Recourse & w/o Prejudice]_
LEONARD FRANK Harview

Date: 10-09-15    BY/s/ _[signature: w/o Recourse & w/o Prejudice]_
Alicia Lutz-Rolow